# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine Nez,<br><br>            Plaintiff,<br><br>v.<br><br>Advanced Correctional Healthcare Incorporated, et al.,<br><br>            Defendants. | No. CV-23-08010-PCT-SMB (JFM)<br><br>**ORDER** |

United States Magistrate Judge James Metcalf has issued a report and recommendation ("R&R") (Doc. 107) recommending that Naomi Nez's Motion to Intervene (Doc. 97) and Arnold Nez's Motion to Intervene (Doc. 98) be granted. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 5) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Metalf. The Court will accept and adopt the R&R.

///

///

///

///

**IT IS THEREFORE ORDERED** that Report and Recommendation of the Magistrate Judge (Doc. 107) is accepted and Naomi Nez's Motion to Intervene (Doc. 97) and Arnold Nez's Motion to Intervene (Doc. 98) are granted. Limited intervention is granted for purposes of asserting and proving damages as recommended.

Dated this 26th day of February, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge